USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

GARRY BRYAN,

Defendant.

**26-cr-00456 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby schedules the initial appearance of Defendant Garry Bryan on October 16, 2026, at 2:00 PM.

**SO ORDERED.**

Dated: 13 October 2026
New York, New York

Victor Marrero
U.S.D.J.